```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2002 CADILLAC ESCALADE, VIN:<br>1GYEK63N52R122808, CALIFORNIA<br>LICENSE 4UHN183,<br><br>    Defendant.<br>_____ | Civ. S-05-00418 MCE KJM<br><br>APPLICATION AND ORDER<br>FOR PUBLICATION |

    The United States of America, plaintiff herein, applies for an order of publication as follows:

    1.   Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

    2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

    3.   The defendant property was seized in Sutter County, Yuba City, California;

1        4.   Plaintiff proposes that publication be made as follows:
2             a.   One publication;
3             b.   In the following newspaper, a legal newspaper of
4  general circulation, located in the county in which the defendant
5  property was seized: Appeal Democrat;
6             c.   The publication to include the following:
7                  (1)   The Court, title and number of the action;
8                  (2)   The date of the arrest/seizure;
9                  (3)   The identity and/or description of the
10 property arrested/seized;
11                 (4)   The name, address and telephone number of the
12 attorney for the plaintiff;
13                 (5)   A statement that claims of persons entitled
14 to possession or claiming an interest pursuant to Supplemental
15 Rule C(6) of the Federal Rules of Admiralty must be filed with
16 the Clerk and served on the attorney for the plaintiff within 30
17 days after the date of publication;
18                 (6)   A statement that answers to the complaint
19 must be filed and served within 20 days after the filing of the
20 claims and, in the absence thereof, default may be entered and
21 condemnation ordered;
22                 (7)   A statement that applications for
23 intervention under Fed. R. Civ. P. 24 by persons claiming
24 maritime liens or other interests shall be filed within the 30
25 days allowed for claims for possession; and
26 ///
27 ///
28 ///

2

1          (8)  The name, address, and telephone number of
2  the U.S. Marshal and/or Department of Treasury.

3  DATED: 03/01/05                McGREGOR W. SCOTT
4                                 United States Attorney

5                                 /s/ Kristin S. Door

6                                 _____
                                   KRISTIN S. DOOR
7                                  Assistant U.S. Attorney

9                        **ORDER**

10      IT IS SO ORDERED.

12  DATE:  May 2, 2005.

15                            _____
                          UNITED STATES MAGISTRATE JUDGE