IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. CIV S-05-0418 MCE KJM

    vs.

2002 CADILLAC ESCALADE,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff's motion to exclude evidence and witnesses and motion to compel answers to interrogatories and production of documents came on regularly for hearing September 14, 2005. Kristin Door appeared for plaintiff. No appearance was made for claimant Victoria Velazquez. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Within fourteen days from the date of this order, claimant shall make the initial disclosures required under Federal Rule of Civil Procedure 26 or provide a statement that claimant has no evidence or witnesses to disclose as required by Rule 26. The court declines to issue evidentiary sanctions at this time. Claimant is cautioned that failure to comply with this order may result in the imposition of evidentiary exclusion sanctions at the time of trial.

1

1         2. Within fourteen days from the date of this order, claimant shall, without
2 objection, respond to the interrogatories and produce documents, for copying and inspection,
3 responsive to the request for production of documents.
4 DATED: September 14, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

10 006
cadillac.oah