```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,           | ) Civ. S-05-0418 MCE KJM |
|---|---|
|                    Plaintiff,       | ) **EX PARTE APPLICATION TO** |
|     v.                              | ) **MODIFY PRETRIAL (STATUS)** |
|                                     | ) **SCHEDULING ORDER** |
| 2002 CADILLAC ESCALADE, VIN:        | ) **AND ORDER** |
| 1GYEK63N52R122808, CALIFORNIA       | ) |
| LICENSE 4UHN183,                    | ) |
|                    Defendant.       | ) |

Plaintiff United States of America submits this <u>ex parte</u> application to modify the June 20, 2005, Pretrial (Status) Scheduling Order.  Plaintiff only requests an extension of the discovery cut-off from September 23, 2005 to October 23, 2005.  Good cause for the requested modification is set forth below.

  1.  Plaintiff made the disclosures required by Fed. R. Civ. P. 26(a)(1).

  2.  Claimant Victoria Velazquez never made any Rule 26 disclosures.

  3.  Plaintiff served interrogatories and a request for production of documents on claimant on June 28, 2005.

  4.  Claimant has not responded to the discovery requests.

1

1       5.   On July 29, 2005, Plaintiff noticed claimant's
2  deposition for September 13, 2005.
3       6.   Plaintiff sent two letters to claimant's counsel
4  reminding him that claimant's Rule 26 disclosures and discovery
5  responses were overdue, but received no response.  Accordingly,
6  on August 23, 2005 plaintiff filed a "Motion to Exclude Evidence
7  and Witnesses Not Previously Disclosed Pursuant to F.R.Civ.P. 26
8  and Motion to Compel Answers to Interrogatories and Response to
9  Request for Production of Documents."  The hearing was scheduled
10 for September 14, 2005.
11      7.   Plaintiff re-noticed claimant's deposition for
12 September 20, 2005, a date after the scheduled hearing on the
13 discovery motion.
14      8.   At the September 14, 2005, hearing on plaintiff's
15 motion, plaintiff requested that claimants be ordered to answer
16 the interrogatories, and produce the requested documents, no
17 later than 5 p.m. on September 19.  Plaintiff requested the
18 September 19, 2005 deadline so there would be time to review the
19 documents before claimant's deposition scheduled for the
20 following day.
21      9.   The Magistrate Judge denied plaintiff's request for a
22 September 19 response date, and denied the request for a sanction
23 for failing to make the Rule 26 disclosures, and entered an order
24 giving claimant until September 28, 2005, to make her Rule 26
25 disclosures and to respond to the outstanding discovery.
26      10.  Based on the Magistrate Judge's order, plaintiff has
27 re-noticed claimant's deposition for October 7, 2005.
28      11.  Plaintiff did not object to the September 28 disclosure

date erroneously believing, as did the Magistrate Judge, that the discovery cut-off was several months away. Plaintiff realized after the hearing that the existing Pretrial (Status) Scheduling Conference Order requires all discovery to be completed by September 23, 2005. Trial is not scheduled until June 21, 2006.

12. Plaintiff requests that the discovery deadline be extended to October 23, 2005, to give claimant time to make her Rule 26 disclosures and to respond to the outstanding discovery, and to permit plaintiff to depose her.

13. Plaintiff has been diligent in conducting discovery.

14. Granting plaintiff an extension of time to depose the claimant will not affect any other dates in the scheduling order.

15. Undersigned counsel attempted to contact claimant's attorney, Victor Haltom, today, September 15, 2005, to seek his agreement to this request, but was unable to reach him.

Respectfully submitted,

DATED:  September 15, 2005          McGREGOR W. SCOTT
                                     United States Attorney


                                By:  /s/ kdoor
                                     KRISTIN S. DOOR
                                     Assistant U.S. Attorney

3

**ORDER**

Good cause having been shown, the deadline for completion of discovery shall be extended to October 23, 2005. All other dates in the June 20, 2005, Status (Pretrial Scheduling) remain the same.

DATED: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE