|   |   |
|---|---|
| 1 | **VICTOR S. HALTOM** |
|   | Attorney at Law |
| 2 | State Bar No. 155157 |
|   | 428 J Street, Suite 350 |
| 3 | Sacramento, CA 95814 |
|   | Telephone: (916) 444-8663 |
| 4 | Facsimile: (916) 444-1546 |
|   | e-mail: *vshjah@aol.com* |
| 5 |   |
|   | Attorney for Claimant |
| 6 | **VICTORIA VELAZQUEZ** |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| **THE UNITED STATE OF AMERICA**, | ) | 2:05-cv-0418-MCE-KJM |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | **ORDER** |
|   | ) |   |
| v. | ) |   |
|   | ) |   |
| **2002 CADILLAC ESCALADE, VIN: 1GYEK63N52R122808, CALIFORNIA LICENSE 4UHN183**, | ) |   |
|   | ) |   |
| Defendants. | ) |   |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the pretrial conference scheduled herein for May 8, 2006, is re-scheduled to June 19, 2006 at 01:30 p.m., and the deadline for the filing of the parties' joint pretrial statement is re-scheduled from April 24, 2006, to June 5, 2006.  The jury trial herein, currently set to commence on June 21, 2006, is re-scheduled to August 23, 2006 at 09:00 a.m.

DATE: April 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE