1  **VICTOR S. HALTOM**
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: (916) 444-1546
   *e-mail: vshjah@aol.com*
5
   Attorney for Claimant
6  **VICTORIA VELAZQUEZ**

7

8              IN THE UNITED STATES DISTRICT COURT

9         IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | **THE UNITED STATES OF AMERICA**, | ) | No. 2:05-cv-0418-MCE-KJM |
13 | | ) | **STIPULATION AND ORDER** |
   | Plaintiff, | ) | |
14 | | ) | |
   | v. | ) | |
15 | | ) | |
   | **2002 CADILLAC ESCALADE, VIN: 1GYEK63N52R122808, CALIFORNIA LICENSE 4UHN183**, | ) | |
16 | | ) | |
17 | | ) | |
   | | ) | |
18 | Defendants. | ) | |
   |_____| ) | |
19

20       IT IS HEREBY STIPULATED by and between the government, by and

21 through Asst. United States Attorney, Kristin S. Door, and the claimant, by and

22 through, Victor S. Haltom, that the parties' joint pretrial statement shall be filed on

23 June 8, 2006.

24 ///

25 ///

26 ///

27 ///

28 ///

1     This stipulation, resulting in the filing of the joint statement being delayed a
2 couple days, was necessitated by the fact that Mr. Haltom had oral argument
3 before the California Supreme Court last week, and thereafter was ill.
4     IT IS SO STIPULATED.

7 DATE: June 8, 2006                                                  /s/
8                                                  **VICTOR S. HALTOM**
Attorney for Claimant
**VICTORIA VELAZQUEZ**

12 DATE: June 8, 2006                                                  /s/
**McGREGOR SCOTT**
United States Attorney
By **KRISTIN S. DOOR**
Asst. United States Attorney

**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Claimant
**VICTORIA VELAZQUEZ**

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATE OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **2002 CADILLAC ESCALADE, VIN: 1GYEK63N52R122808, CALIFORNIA LICENSE 4UHN183**, <br><br> Defendants. | No. 2:05-cv-0418-MCE-KJM <br><br> **ORDER** |

    Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the parties' joint pretrial statement may be filed on June 8, 2006.

DATE: June 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE